# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

David L. Calloway,

  Petitioner,

  v.

Parole Board,

  Respondent.

Civil Action No. 10-0279 (JDB)

## MEMORANDUM

In response to the Order directing respondents to show cause why the writ of *habeas corpus* should not issue, the United States has documented why the writ should not issue. *See* United States' Opposition to Petitioner's Petition for a Writ of *Habeas Corpus* [Dkt. 8]. By Order of August 9, 2010, petitioner was given until September 10, 2010, to reply to the United States' opposition, but the order was returned to the Court as undelivered with an indication that petitioner has been released from his incarceration. *See* Dkt. No. 12. It appearing that the habeas petition is moot, the Court will summarily deny the petition and dismiss the case. A separate Order accompanies this Memorandum.

s/
JOHN D. BATES
United States District Judge

DATE: October 4, 2010